Joel Ban #10114
Ban Law Office P.C.
P.O. Box 118
Salt Lake City, UT 84110
801-532-2447
joel@banlawoffice.com
*Attorney for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVEN G. MAXFIELD and DANIEL NEWBY, BART GRANT, and LORI NEWBY,<br><br>  Plaintiffs,<br><br>vs.<br><br>SPENCER COX, in his official capacity as Governor of Utah, and DEIDRE HENDERSON, in her official capacity as Lieutenant Governor of Utah,<br><br>  Defendants. | **STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR EQUITABLE, DECLARATORY, AND INJUNCTIVE RELIEF AND JOINDER OF PARTY**<br><br>Case No. 4:21cv-00051-DN-PK<br><br>Honorable Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiffs move for leave to file their first amended complaint under Fed. R. Civ. Pro 15(a)(2) and for leave to add Bart Grant as a co-plaintiff under Fed. R. Civ. Pro. 20(a). Plaintiffs' counsel inquired to Defendant's counsel if they opposed these proposed motions, and they expressed no opposition.

  RESPECTFULLY SUBMITTED this 20th day of July, 2021.

            /S/ JOEL BAN
            BAN LAW OFFICE P.C.
            P.O. BOX 118
            SALT LAKE CITY, UT 84110
            801 532 2447

CERTIFICATE OF SERVICE PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND JOINDER.  Plaintiffs filed the foregoing onto the Court's CM/ECF system.

DATED: July 20, 2021

Counsel for Plaintiff

/s/ Joel Ban

Ban Law Office P.C.
P.O. Box 118
Salt Lake City, UT 84110
801-532-2447
joel@banlawoffice.com