THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STEVEN G. MAXFIELD; DANIEL NEWBY; LORI NEWBY; BART GRANT; and TANNER LATHAM,<br><br>Plaintiffs,<br><br>v.<br><br>SPENCER COX, in his official capacity as Governor of Utah; and DEIDRE HENDERSON, in her official capacity as Lt. Governor of Utah,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:21-cv-00051-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT,

the Plaintiffs' Complaint[1] against Defendants and this action are DISMISSED without prejudice.

Signed August 23, 2021.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Complaint for Equitable, Declaratory, and Injunctive Relief, docket no. 2, filed May 10, 2021, as amended by First Amended Complaint for Equitable, Declaratory, and Injunctive Relief, docket no. 17-1, filed Jul. 20, 2021 (*see* Order Granting [17] Motion for Leave to File Amended Complaint and [19] Motion to Add Party, docket no. 21, filed Aug. 5, 2021).